# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARCEL D. THOMPSON

NO. 2019 KW 0798

SEP 0 3 2019

---

In Re:     Marcel D. Thompson, applying for supervisory writs,
22nd Judicial District Court, Parish of St. Tammany,
No. 558732.

---

**BEFORE:   HIGGINBOTHAM, CHUTZ, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot properly review the claim raised in the writ application. Relator failed to include the district court's ruling, the sentencing transcript or minutes, the bill of information, the uniform commitment order, the habitual offender bill of information, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before November 2, 2019. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT